**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**MELEDIA FREEMAN, AS THE ADMINISTRATION
OF THE ESTATE OF ALBERT PRITCHARD,
DECEASED AND ON BEHALF OF THE HEIRS
AND BENEFICIARIES**                                        **PLAINTIFF**

**V.**                                                          **NO. 3:14CV97-M-A**

**GGNSC SOUTHAVEN, LLC dba GOLDEN LIVING
BATESVILLE, GOLDEN GATE NATIONAL SENIOR
CARE, LLC, GGNSC EQUITY HOLDINGS, LLC,
GGNSC CLINICAL SERVICES, LLC, GPH BATESVILLE,
LLC, GGNSC HOLDINGS, LLC, GEARY PROPERTY
HOLDINGS, LLC, BEVERLY ENTERPRISES, INC.,
PEARL SENIOR CARE, LLC AND DRUMMCORP.**            **DEFENDANTS**

<u>**ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT**</u>

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 4th day of May, 2016.

                                                **/s/ MICHAEL P. MILLS**
                                                **CHIEF JUDGE**
                                                **UNITED STATES DISTRICT COURT**
                                                **NORTHERN DISTRICT OF MISSISSIPPI**